UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHAN SOTO CEDENO, | No. 24-1018 |
| Petitioner, | Agency No. A241-361-947 |
| v. | ORDER |
| PAMELA BONDI, Attorney General, | |
| Respondent. | |

Before: PAEZ and R. NELSON, Circuit Judges, and LASNIK, District Judge.[*]

The court is in receipt of the Government's status report (Dkt. 67), which states that Soto Cedeno is in contact with his attorney and wishes to return to the United States. Dkt. 67 at 1. Due to recent events in Venezuela, the Government moved on January 22, 2026 for an additional 60 days to begin and make efforts to facilitate Soto Cedeno's return to the United States. *Id.* at 2. The motion is granted. The Government shall begin and make efforts to facilitate Soto Cedeno's return, and shall file a status report, no later than March 23, 2026. Soto Cedeno shall also file a status report no later than March 23, 2026. Alternatively, the parties may file a joint status report.

---

[*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.