UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHAN SOTO CEDENO, | No. 24-1018 |
| Petitioner, | Agency No. A241-361-947 |
| v. | ORDER |
| TODD BLANCHE, Acting Attorney General, | |
| Respondent. | |

Before: PAEZ and R. NELSON, Circuit Judges, and LASNIK, District Judge.[*]

The Government's status report (Dkt. 72) states that it continues efforts to facilitate Soto Cedeno's return, including the submission of a request for Soto Cedeno to enter the United States on May 20, 2026. Dkt. 72.2 at 3. The Government requests another sixty days to continue to facilitate Soto Cedeno's return. Dkt. 72.1 at 2. Soto Cedeno failed to file a status report, as he has failed to file previous court-ordered status reports. *See* Dkts. 66, 68, 70. The Government's request is granted. The parties shall each file a status report, detailing the Government's specific efforts to facilitate Soto Cedeno's return, no later than July 21, 2026. The court advises Soto Cedeno's counsel that an additional failure to timely file a status

---

[*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.

report may result in an order to show cause as to why sanctions should not be imposed.

24-1018